William Turley, Esq. (SBN 122408)
    Email: bturley@turleylawfirm.com
David Mara, Esq. (SBN 230498)
    Email: dmara@turleylawfirm.com
Jamie Serb, Esq. (SBN 289601)
    Email: jserb@turleylawfirm.com
Tony Roberts, Esq. (SBN 315595)
    Email: troberts@turleylawfirm.com
**THE TURLEY & MARA LAW FIRM, APLC**
7428 Trade Street
San Diego, California 92121
Tel: (619) 234-2833
Fax: (619) 234-4048

Attorneys for SHENNADOAH MAXWELL

**SWERDLOW FLORENCE SANCHEZ SWERDLOW & WIMMER
A LAW CORPORATION**
David A. Wimmer (SBN #155792)
    Email: dwimmer@swerdlowlaw.com
Emily G. Camastra (SBN 258808)
    Email: ecamastra@swerdlowlaw.com
9401 Wilshire Blvd., Suite 828
Beverly Hills, California 90212
Telephone: (310) 288-3980
Facsimile: (310) 273-8680

*Additional Counsel Listed on Next Page*

Attorneys for Defendant MCLANE/SUNEAST, INC.
(erroneously sued herein as "MCLANE SUNEAST, INC.")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHENNADOAH MAXWELL; CHARLES EVANS, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>MCLANE PACIFIC, INC.; MCLANE SUNEAST, INC.; MCLANE COMPANY, INC.; and DOES 1-100,<br><br>Defendants. | CASE NO. 2:17-cv-00550-PA-AS<br><br>**STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>**[PROPOSED] ORDER**<br>[*Filed Under Separate Cover*]<br><br>Action Filed:    August 12, 2016<br>Action Removed: September 21, 2016<br>Trial date:       None set |

STIPULATION REQUESTING VOLUNTARY                        CASE NO. 2:17-CV-00550-PA-AS
DISMISSAL WITH PREJUDICE

**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
  Email: mkane@mcguirewoods.com
Sabrina A. Beldner (SBN 221918)
  Email: sbeldner@mcguirewoods.com
Sylvia J. Kim (SBN 258363)
  Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant MCLANE/SUNEAST, INC.
(erroneously sued herein as "MCLANE SUNEAST, INC.")

# STIPULATION

Plaintiff SHENNADOAH MAXWELL ("Plaintiff") and Defendant MCLANE/SUNEAST, INC. (erroneously sued herein as "MCLANE SUNEAST, INC.") ("Defendant") by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety and with prejudice as to Plaintiff's individual claims against all Defendant.

Dated: December 5, 2017     **THE TURLEY & MARA LAW FIRM, APLC**

By: /s/ Tony Roberts
    William Turley
    David Mara
    Jamie Serb
    Tony Roberts
    Attorneys for SHENNADOAH MAXWELL

Dated: December 5, 2017     **MCGUIREWOODS LLP**

By: /s/ Matthew C. Kane
    Matthew C. Kane
    Sabrina A. Beldner
    Sylvia J. Kim
    Attorneys for MCLANE/SUNEAST, INC.
    (erroneously sued herein as "MCLANE SUNEAST, INC.")

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

/s/ Matthew C. Kane
MATTHEW C. KANE

1

STIPULATION REQUESTING VOLUNTARY                    CASE NO. 2:17-CV-00550-PA-AS
DISMISSAL WITH PREJUDICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 7, 2017 at Los Angeles, California.

/s/ Matthew C. Kane

MATTHEW C. KANE