JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENNADOAH MAXWELL; CHARLES EVANS, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>MCLANE PACIFIC, INC.; MCLANE SUNEAST, INC.; MCLANE COMPANY, INC.; and DOES 1-100,<br><br>Defendants. | CASE NO. 2:17-cv-00550-PA-AS<br><br>**ORDER RE REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
**ORDER APPROVING REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | The Court having reviewed the forgoing Stipulation of the Parties and with |
| 4 | GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED: |
| 5 | The Parties' Joint Stipulation requesting dismissal of this entire action with |
| 6 | prejudice is hereby granted. The case is hereby dismissed in its entirety with |
| 7 | prejudice. |
| 9 | **IT IS SO ORDERED.** |
| 13 | Dated: December 8, 2017       By: _/s/ Percy Anderson_ |
| 14 | HON. PERCY ANDERSON<br>UNITED STATED DISTRICT JUDGE |

1

**ORDER APPROVING REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**